## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff, | **INDICTMENT** |
| v. | Criminal No. 09 - *1 1 5*  *(JAB)* |
| | Violations: |
| **[1] MARIANGELY ORTIZ-TORRES,**<br>(Counts 1, 4, and 5)<br>**[2] CARMEN MIRANDA-PELUYERA,**<br>(Counts 1, 4, and 5)<br>**[3] CARMEN GLORIA CONCEPCION,**<br>(Counts 1, 2, 3, 4, and 5)<br>**[4] JAIME CARRASQUILLO-SALAMAN,**<br>(Counts 1, 2, 4, and 5)<br>Defendants. | 18 U.S.C. § 371<br>18 U.S.C. § 922(e)<br>18 U.S.C. § 2<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 1715<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br><br>(FIVE COUNTS) |



**THE GRAND JURY CHARGES**:

### COUNT ONE
### (Conspiracy to Transport and Ship Firearms)

On or about February 2009, in the District of Puerto Rico, and within the jurisdiction of this Court,

### [1] MARIANGELY ORTIZ-TORRES,

### [2] CARMEN MIRANDA-PELUYERA,

### [3] CARMEN GLORIA CONCEPCION,

### [4] JAIME CARRASQUILLO-SALAMAN,

the defendants herein, did knowingly and intentionally combine, confederate, and agree with each

other and others, known and unknown, to deliver and cause to be delivered to a common carrier for

transportation and shipment in interstate commerce, to persons other than licensed importers,

licensed manufacturers, licensed dealers, and licensed collectors, a package containing firearms, to

2

wit, one Glock Model 20 pistol, .10 mm caliber, bearing Serial Number MUT738, and one Glock Model 33 pistol, .357 caliber, bearing Serial Number MTL667, without written notice to the carrier that said firearms are being transported and shipped, in violation of Title 18, United States Code, Sections 371 and 922(e).

### Object of the Conspiracy

It was the purpose and object of the conspiracy that the defendants would purchase firearms in the State of Ohio and unlawfully ship them to the Commonwealth of Puerto Rico, using the United States Postal Service, to persons who were not licensed importers, licensed manufacturers, licensed dealers, or licensed collectors.

### Overt Acts

In furtherance of the conspiracy and in order to effect its objects, at least one of the co-conspirators committed at least one of the following overt acts in the District of Puerto Rico and elsewhere:

1.    On or about February 17, 2009, defendant [3] Carmen Gloria Concepcion purchased one Glock Model 33 pistol, .357 caliber, bearing Serial Number MTL667, in the State of Ohio, with the purpose of having the firearm shipped to the Commonwealth of Puerto Rico.

2.    On or about February 19, 2009, defendant [4] Jaime Carrasquillo-Salaman delivered a package containing one Glock Model 20 pistol, .10 mm caliber, bearing Serial Number MUT738, and one Glock Model 33 pistol, .357 caliber, bearing Serial Number MTL667, to the United States Postal Service in the State of Ohio for shipment to the Commonwealth of Puerto Rico.

3.    On or about February 25, 2009, defendants [1] Mariangely Ortiz-Torres and [2] Carmen Miranda-Peluyera received the package referred to in paragraphs one and two of the Overt Acts of Count One.

3

Counts Two, Three, and Four of this Indictment are hereby re-alleged and adopted by reference and further alleged as overt acts of the conspiracy charged herein.

## COUNT TWO
### (Transportation and Shipment of Firearms)

On or about February 19, 2009, in the District of Puerto Rico, and within the jurisdiction of this Court,

### [3] CARMEN GLORIA CONCEPCION,

### [4] JAIME CARRASQUILLO-SALAMAN

the defendants herein, aiding and abetting each other, did knowingly deliver and caused to be delivered to a common carrier for transportation and shipment in interstate commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, and licensed collectors, a package containing firearms, to wit, one Glock Model 20 pistol, .10 mm caliber, bearing Serial Number MUT738, and one Glock Model 33 pistol, .357 caliber, bearing Serial Number MTL667, without written notice to the carrier that said firearms are being transported and shipped, in violation of Title 18, United States Code, Sections 922(e) and 2.

## COUNT THREE
### (False Statement During Purchase of a Firearm)

On or about February 17, 2009, in the District of Puerto Rico, and within the jurisdiction of this Court,

### [3] CARMEN GLORIA CONCEPCION,

the defendant herein, in connection with the acquisition of a firearm, to wit, one Glock Model 33

4

pistol, .357 caliber, bearing Serial Number MTL667, from B & T Shooting Supplies, a licensed

dealer of firearms within the meaning of Chapter 44, Title 18, <u>United States Code</u>, knowingly

made a false and fictitious written statement to B & T Shooting Supplies, which statement was

intended and likely to deceive B & T Shooting Supplies, as to a fact material to the lawfulness of

such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant

represented that she was the actual transferee/buyer of the said firearm, when in fact this was a

materially false statement, in violation of Title 18, <u>United States Code</u>, Section 922(a)(6).


### COUNT FOUR
### (Firearms as Nonmailable)

On or about February 2009, in the District of Puerto Rico, and within the jurisdiction of this

Court,

### [1] MARIANGELY ORTIZ-TORRES,

### [2] CARMEN MIRANDA-PELUYERA,

### [3] CARMEN GLORIA CONCEPCION,

### [4] JAIME CARRASQUILLO-SALAMAN,

the defendants herein, aiding and abetting each other, did knowingly and intentionally cause to be

delivered by mail according to the directions thereon, a parcel containing firearms capable of being

concealed on the person and declared nonmailable, to wit, one Glock Model 20 pistol, .10 mm

caliber, bearing Serial Number MUT738, and one Glock Model 33 pistol, .357 caliber, bearing

Serial Number MTL667, in violation of Title 18, <u>United States Code</u>, Sections 1715 and 2.

5

## COUNT FIVE
### (Firearms Forfeiture Allegation)

The allegation contained in Counts One, Two, and Three of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18,

United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).  Upon

conviction of the offenses in violation of Title 18, United States Code, Sections 922(e) and

922(a)(6), set forth in Counts One, Two, and Three of this Indictment, the defendants,

**[1] MARIANGELY ORTIZ-TORRES,**

**[2] CARMEN MIRANDA-PELUYERA,**

**[3] CARMEN GLORIA CONCEPCION,**

**[4] JAIME CARRASQUILLO-SALAMAN,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title

28, United States Code, Section 2461(c), any firearms and ammunition involved or used in

furtherance of the commission of the offense enumerated in Count One, Two, and Three,

including, but not limited to: one Glock Model 20 pistol, .10 mm caliber, bearing Serial Number

MUT738; three magazines for .10mm caliber ammunition; one Glock Model 33 pistol, .357

caliber, bearing Serial Number MTL667; and three magazines for .357 caliber ammunition.  If any

of the property described above, as a result of any act or omission of the defendants: (a) cannot be

located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a

third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially

diminished in value; or (e) has been commingled with other property which cannot be divided

without difficulty, the United States of America shall be entitled to forfeiture of substitute property

6

pursuant to Title 21, <u>United States Code</u>, Section 853(p), as incorporated by Title 28, <u>United States</u>

<u>Code</u>, Section 2461( c).  All pursuant to Title 18, <u>United States Code</u>, Section 924(d) and Title 28,

<u>United States Code,</u> Section 2461(c).

TRUE BILL

FOREPERSON

DATE:          March 25,09

**ROSA EMILIA RODRIGUEZ-VELEZ**
**UNITED STATES ATTORNEY**

José A. Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

Warren Vázquez
Assistant United States Attorney
Deputy Chief, Violent Crimes Unit

José A. Contreras
Assistant United States Attorney